UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| PATRICIA S., | Civil No. 3:19-CV-05065-BAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (the ALJ) will further consider the opinions of Consultative Examiner Jennifer A. Irwin, M.D. (Tr. 345-348), and State Agency Reviewing Psychologists Diane Fligstein, Ph.D. (Tr. 71-73), and Eugene Kester, M.D. (Tr. 86-87), and explain the weight given to each opinion; the ALJ will recontact Dr. Irwin to obtain clarification regarding the maximum amount of time, during an 8 hours a day, for 5 days a week work schedule, that Plaintiff would be able to perform each of the work-related activities noted in the functional assessment/medical source statement of Dr. Irwin's consultative examination report (Tr. 348); the ALJ will further

consider Plaintiff's subjective complaints; in light of the above findings, the ALJ will further assess Plaintiff's residual functional capacity and provide rationale with specific references to evidence of record in support of assessed limitations; and if the sequential evaluation process proceeds to step four, the ALJ will further consider, with the assistance of additional vocational expert testimony, Plaintiff's ability to perform past relevant work and, if necessary, her ability to perform other work in the national economy at step five.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 30th day of May, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2113
Fax: (206) 615-2531
daphne.banay@ssa.gov